MEMO ENDORSED

# Littler

Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Peter Ajalat
Office Managing Shareholder

Marcy A. Gilroy
973.848.4734 direct
973.848.4700 main
973.556.1691 fax
mgilroy@littler.com

April 6, 2023

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Diana Johnson v. The Stop & Shop Supermarket Company LLC, et al., Civil Action No. 7:22-cv-09691-KMK
             **Request for a Two-Week Extension of Time to File Motion to Dismiss**

Dear Judge Karas:

      As the Court is aware, this firm represents Defendant The Stop & Shop Supermarket Company, LLC ("Stop & Shop") in the above-referenced matter.

      As discussed during the pre-motion conference, Stop & Shop intends to move to dismiss the New York state law claims in Counts III and IV of Plaintiff's First Amended Complaint. Stop & Shop was originally scheduled to file its motion by Friday, March 31, 2023. However, before that deadline, Plaintiff's counsel indicated that she might seek leave to file a Second Amended Complaint, which could obviate the need for Stop & Shop's motion. After Plaintiff's counsel sent our firm a proposed Second Amended Complaint, we requested, and the Court granted, a one-week extension of time to enable us to discuss the proposed pleading with our client and Plaintiff's counsel.

      Due to conflicting schedules, counsel have been unable to fully confer about Plaintiff's potential Second Amended Complaint and Stop & Shop's motion to dismiss. We currently anticipate additional delays in our ability to do so due to the Passover holiday, when Plaintiff's counsel will be out of the office, and the undersigned's preplanned vacation next week. As a result, the parties jointly and respectfully request a two-week extension of the motion briefing schedule, thereby making Stop & Shop's motion to dismiss, if one is to be filed due Friday, April 21, 2023. We apologize to the Court for the additional delay.

littler.com

Hon. Kenneth M. Karas, U.S.D.J.
April 6, 2023
Page 2

    Thank you.

                                           Respectfully submitted,

                                           **LITTLER MENDELSON, P.C.**
                                           Attorneys for Defendant

                                      By:  */s/ Marcy Gilroy*
                                              Marcy A. Gilroy, Esq.

cc:  Marc Oxman, Esq.
      Julie Pechersky Plitt, Esq.
      Oxman Law Group, PLLC
      120 Bloomingdale Road, Suite 100
      White Plains, New York 10605        Granted.
      moxman@oxmanlaw.com
      jplitt@oxmanlaw.com                      So Ordered.

                                                    4/6/23

4868-1760-3164.2 / 113153-1007