


Littler Mendelson, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

Peter Ajalat
Office Managing Shareholder

Marcy A. Gilroy
973.848.4734 direct
973.848.4700 main
973.556.1691 fax
mgilroy@littler.com

April 21, 2023

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>Diana Johnson v. The Stop & Shop Supermarket Company LLC, et al.</u>,
            Civil Action No. 7:22-cv-09691-KMK
            **Briefing Schedule for Motion to Dismiss Plaintiff's Second Amended Complaint**

Dear Judge Karas:

    As the Court is aware, this firm represents Defendant The Stop & Shop Supermarket Company, LLC ("Stop & Shop") in the above-referenced matter. The Oxman Law Group, PLLC represents Plaintiff Diana Johnson ("Plaintiff").

    Plaintiff filed her Second Amended Complaint with the Court earlier today. *See* ECF #22. As reflected in Plaintiff's April 20, 2023 letter, ECF #20 at 2, and for the reasons discussed during the parties' pre-motion conference, Stop & Shop still intends to move to dismiss the New York state law claims in Counts IV and V of Plaintiff's Second Amended Complaint. The parties jointly propose the following briefing schedule:

    a. Stop & Shop will file its moving papers by **Friday, May 5, 2023**;

    b. Plaintiff will file her opposition by **Monday, June 5, 2023**; and

    c. Stop & Shop will file its reply by **Tuesday, June 20, 2023**.

    Please let us know if the briefing schedule outlined above is acceptable to the Court. Thank you very much for Your Honor's time and attention to this matter.

Hon. Kenneth M. Karas, U.S.D.J.
April 21, 2023
Page 2

So Ordered.

*/s/ KMK*
4/21/23

Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant

By: */s/ Marcy Gilroy*
Marcy A. Gilroy, Esq.

cc: Marc Oxman, Esq.
Julie Pechersky Plitt, Esq.
Oxman Law Group, PLLC
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
moxman@oxmanlaw.com
jplitt@oxmanlaw.com

4880-2562-2879.1 / 113153-1007